IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANCE CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CV-1967-SMY-GCS |
| FIDELITY COMMERCIAL LLP, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Constance Clark alleges that she was not paid overtime hours while she was employed by Defendant Fidelity Commercial LLP ("Fidelity") as a housekeeper at a Baymont Inn. Fidelity was served with a Summons and Complaint but did not file an Answer or otherwise respond by the November 8, 2018 deadline (Doc. 6). As a result, the Clerk of Court entered default against Fidelity on January 17, 2019 (Doc. 10).

In response to the entry of default, Gullshan Kumar Mehta, who identifies himself as the defendant, filed a "Motion to Dismiss the Motion for Default Judgement," contending he answered the complaint on November 11, 2018 (Doc. 10). It appears that Mehta is not an attorney. Therefore, he cannot defend this case *pro se* on Fidelity's behalf.[1] Accordingly, the "Motion to Dismiss the Motion for Default Judgment" is **STRICKEN**.

**IT IS SO ORDERED.**

**DATED: June 11, 2019**

*Staci M. Yandle*

**STACI M. YANDLE
United States District Judge**

---

[1] Fidelity has been ordered to retain counsel by June 21, 2019.

Page **1** of **1**