IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSTANCE CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1967-SMY |
| | ) |
| FIDELITY COMMERCIAL LLP., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled and pursuant to the July 23, 2020 Order (Doc. 35), Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  July 23, 2020**                           MARGARET M. ROBERTIE,
                                                                      Clerk of Court

                                                                      **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**DISTRICT JUDGE**